**Exhibit A to the Complaint**

**Location:** Staten Island, NY  
**Total Works Infringed:** 36

**IP Address:** 100.37.76.16  
**ISP:** Verizon Fios

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| My European Assistant | 9B1D135A2680A3D886D7453B492A0D20A9289891 | Vixen | 04/01/2018 21:09:56 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| Am I Distracting You Part 2 | 0248B204C9CFF2D5495E8199C24F9C9317570178 | Vixen | 11/12/2017 16:03:00 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| My Rise In The Ranks Part 2 | 0437257AAD91BE7EE769B580E3A7EFCA2FBA6CC5 | Blacked | 07/10/2017 14:14:09 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| Confessions of a Side Girl | 17BFC1D094E1168CF066DD74A1CEF1F1E1000853 | Vixen | 09/09/2017 23:08:00 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| OK Maybe One More Time | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 02/03/2018 17:23:15 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| As Soon As The Ink Is Dry | 1EC60CD12A630A90BC0C1D4DCD64E4D457DF2FD6 | Vixen | 06/10/2017 14:25:29 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| My Double Penetration Fantasy | 2B83D01A751C071EC56D3A6709EEC2D672438410 | Tushy | 10/08/2017 20:26:20 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| The Full Mr M Experience | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/05/2017 16:15:44 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| Sex With My Moms Boy Toy | 40D7B73C656C1766FE00EAD00D432F64504DB151 | Vixen | 11/12/2017 16:03:51 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| The Layover | 4F7139C846BE05C351E2480631BBC349C6E66359 | Vixen | 12/30/2017 23:10:20 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| Model Misbehaviour | 51B1678BC3C7F08C249BF55BF90409908C209A45 | Vixen | 11/12/2017 16:37:55 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| Sorority Group Sex | 64E8A4184F05F358CB7BE733EE97338820C31D0C | Blacked | 03/10/2018 16:55:03 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| What Am I Worth To You | 6F13F2189323B59D63B36858B2BEED788F60DE68 | Tushy | 06/10/2017 13:55:30 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| I Have Never Done This Before | 8E1846AD8B68A183329A8EBB02FDB36C903D2AD9 | Blacked | 07/12/2017 20:30:51 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| Paying Mr M | 8F4DD2420D0F4D0C3D0A8278EAEA72746B0910BD | Blacked | 08/27/2017 15:35:27 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| Just Fuck Me Already | 8FDE83C1B6614B3F1A37CD8A0E3EDA558F4A499B | Vixen | 08/30/2017 14:40:10 | 08/27/2017 | 09/15/2017 | PA0002052843 |

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| My Boyfriend Made Me Do It | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 08/27/2017 15:39:08 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| Latina Craves BBC | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 12/04/2017 14:54:49 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| Curves And Anal | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 08/30/2017 14:27:23 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| Sex For Favors | AAF763635391DFF65D4B677228FA0CFE88B5C5E0 | Vixen | 11/12/2017 16:03:29 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| Paying His Debt | B5C7A67DC70498132C39BBF7E09962DFAC647C5B | Blacked | 02/01/2018 15:58:19 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| Try My Girlfriend | B746EED7E1705C55D9E2B3F8986A7E557C3A03A3 | Vixen | 06/14/2017 14:49:36 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| IG Model has Intense Sex | C33A42DECE7358581EDF0916831614C1B4DC6610 | Vixen | 08/19/2017 15:28:51 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| He Should Not Have Left Me Alone | CD565BEF49D3A5122BEF59A4425BDEBE8C5E9B05 | Vixen | 07/18/2017 23:28:26 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| Loaned By Daddy | CE3D211E16559B8356A1306181381D8A1E7F98F3 | Blacked | 02/12/2018 15:26:52 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| Sex With My Best Friends Dad | D0720E40A29F75FE2EBCC6B385E7B73468F47A9B | Vixen | 11/12/2017 16:06:36 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| Look Outside | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/10/2017 14:07:39 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| Last Minute Fun | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 11/12/2017 17:12:18 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| He Taught Me Anal | E27CA881C65E58F6CFC9261D8E5E78AEC89D9CC4 | Tushy | 08/05/2017 16:26:35 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| Art School After Hours | E4161F1C95B5880A29E7937BB586B9281707165C | Blacked Raw | 11/04/2017 13:20:39 | 11/03/2017 | 12/04/2017 | PA0002098024 |
| The Comeback | E4703EF87787F8A810E51679095C9ADD77D8AD40 | Vixen | 11/21/2017 20:50:52 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| Hot Wife | E82F7260C9E35B84E482F4831434FEE0A5657420 | Blacked | 08/30/2017 14:28:36 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| Do Not Worry We Are Only Friends | EA99D45182AD4D448344FA35AADAD2A21AE72ED8 | Blacked | 08/27/2017 15:38:23 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| The Perfect Setting | F1A8FDDC7271C19163305AE914356B73F55983C1 | Vixen | 06/13/2017 14:03:43 | 05/14/2017 | 06/22/2017 | PA0002039297 |

| S3 Title | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| He Chose Me | F94D293EABA667A2333C86C17E642EF4A656578E | Vixen | 11/12/2017 15:29:04 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| In My Ass Now | FAD86262581A95579253F08E5353B33F8BECFED5 | Tushy | 10/08/2017 21:45:36 | 10/08/2017 | 10/19/2017 | PA0002058298 |